# Court of Appeals
# of the State of Georgia

ATLANTA,  December 21, 2012

*The Court of Appeals hereby passes the following order:*

**A13D0153.  JAMES E. THOMPSON v. THE STATE.**

James E. Thompson seeks discretionary review of several superior court orders, including one that revoked his probation and two that denied and dismissed various pro se motions.  Of the orders Thompson challenges, the most recent order was entered on July 26, 2012.  Thompson filed his application on November 30, 2012.  We lack jurisdiction because Thompson's application is untimely.[1]

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Thompson filed his application 127 days after entry of the most recent order he seeks to appeal.  Because his application is untimely, we lack jurisdiction to consider it, and it is hereby DISMISSED.

---

[1] In a letter accompanying his application, Thompson asserts that his ability to seek appellate review was frustrated by the trial court's failure to provide him with timely notice of its rulings.  If so, his remedy is to petition the trial court to vacate and re-enter the order as a means of correcting the problem. *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-49 (1) (269 SE2d 426) (1980).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 12/21/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*